# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

UNITED STATES OF AMERICA

                      Plaintiff,

v.                                        Case No.: 1:19−cr−00277
                                        Honorable Jeffrey Cole

Concepcion Malinek

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 27, 2019:

      MINUTE entry before the Honorable Jeffrey Cole:as to Concepcion Malinek, Defendant ordered to appear and be transported by U.S. Marshals Service: Detention Hearing is set for 3/28/2019 at 09:00 AM before Judge Cole in the duty courtroom. Mailed notice (jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.