IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff | ) | Case No: 19 CR 277 |
| | ) | |
| v. | ) | |
| | ) | Magistrate Judge Jeffrey Cole |
| CONCEPTION MALINEK | ) | |
| Defendant | ) | |
| | ) | |

**ORDER**

Initial appearance proceedings held. Enter Order appointing Raymond Pijon as counsel for defendant. Defendant appears in response to arrest on March 26, 2019. Government seeks detention. Detention hearing is set for March 28, 2019 at 9:00 am. Defendant is remanded to the custody of the U.S. Marshal. Defendant to advise the court on if he wishes to have a preliminary examination hearing.

Date: March 26, 2018

_____
Jeffrey Cole
U.S. Magistrate Judge

(T:0:15)