IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA )<br>Plaintiff )<br>)<br>v. )<br>)<br>CONCEPTION MALINEK )<br>Defendant )<br>) | | Case No: 19 CR 277<br><br>Magistrate Judge Jeffrey Cole |

### ORDER

Detention hearing held. Raymond Pijon is appointed as counsel for defendant pending the filing of an appropriately updated financial affidavit by April 8, 2019. Defendant waives consular notification. The government's oral motion to file the exhibits presented at the detention hearing under seal is granted with out objection. As explained in detail at the hearing, the government has shown by clear and convincing evidence that there is no condition or set of conditions that will reasonably assure the safety of the community and it has shown by a preponderance of evidence that there is no condition or set of conditions that will reasonably assure the defendant's appearance at trial. The defendant has not rebutted the presumption that exists in this case. But even if she had -- and it only takes slight evidence to do so -- the presumption does not vanish. *See United States v. Hinton*, 113 F. App'x 76, 78 (6th Cir. 2004). Defendant will remain in custody. By April 8, 2019 Counsel for the defendant shall advise the court if the defendant wishes to have a preliminary examination hearing.

Date: March 28, 2018

Jeffrey Cole
U.S. Magistrate Judge

(T:1:25)