# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

UNITED STATES OF AMERICA

                              Plaintiff,

v.                                        Case No.: 1:19–cr–00277
                                                        Honorable Jeffrey Cole

Concepcion Malinek

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 16, 2019:

      MINUTE entry before the Honorable Jeffrey Cole:as to Concepcion Malinek : In light of the information provided by the defendant in her financial affidavit filed 4/8/19, the evidence presented by the government both in the complaint and at the hearing, and the information contained in the Pretrial Services report, the defendant's motion for the appointment of counsel from the Federal Defender program is denied with the following exception: the services performed by Mr. Raymond Pijon through and including 4/16/19 are to be covered under the Criminal Justice Act. The court wishes to thank Mr. Pijon for the valuable and excellent services he provided. While it is true that "[m]embership in the bar is a privilege burdened with conditions,...[and that lawyers are] received into that ancient fellowship for something more than 'private' gain,'" People ex rel. Karlin v. Culkin 248 N.Y. 465, 470–471, 162 N.E. 487, 489(1928)(Cardozo, C.J.), the efforts of Mr. Pijon exceeded what was required and expected of him under the limited appointment. Mailed notice (jms, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.