## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: **U.S. v. Malinek**  Case Number: **19 cr 277**

An appearance is hereby filed by the undersigned as attorney for: **Concepcion Malinek**

Attorney name (type or print): **Raymond D. Pijon**

Firm: **Raymond D. Pijon**

Street address: **134 N. LaSalle St. - Suite 1420**

City/State/Zip: **Chicago, IL 60602**

Bar ID Number: **2208482**  Telephone Number: **312/236-8708**
(See item 3 in instructions)

Email Address: **rdpijon@sbcglobal.net**

Are you acting as lead counsel in this case? ☒ Yes ☐ No

Are you acting as local counsel in this case? ☐ Yes ☒ No

Are you a member of the court's trial bar? ☒ Yes ☐ No

If this case reaches trial, will you act as the trial attorney? ☒ Yes ☐ No

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
 If appointed counsel, are you
 ☐ Federal Defender
 ☒ CJA Panel Attorney

**FILED**
APR 08 2019
THOMAS G BRUTON
CLERK, U S DISTRICT COURT

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear pro hac vice as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on **3/26/19**

Attorney signature: S/ [signature]
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015