IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,
Plaintiff,

v.

Defendant.

Case Number **19 cr 277**

**Concepcion Malinek**          Judge **Cole**

## ORDER APPOINTING COUNSEL UNDER CJA

Name of Appointed Attorney: **Raymond D. Pijon**

Person Represented: **Concepcion Malinek**     Defendant number: **1**     Under SEAL: YES or (NO)

Payment Category: (FELONY)  MISDEMEANOR    Type of Person Represented: (ADULT)  JUVENILE  OTHER
OTHER   PETTY OFFENSE

Representation Type: BP (CC) CF CH DRI EW EX HC JU MA JRV JHB
MC ML NT OT PA PR PT SR WI WW

Court Order:
(APPOINTING COUNSEL)    CO-COUNSEL    STANBY COUNSEL
SUBS FOR FEDERAL DEFENDER    SUBS FOR PANEL ATTORNEY    SUBS FOR RETAINED ATTORNEY

Prior Attorney's name: **N/A**

If associate(s) will be used, list name(s) below. If the associate rate differs from CJA hourly rate, list the rate next to the associate's name:

Signature of Presiding Judge: /s/ Jeffrey Cole

Date of Order: **4/16/2019**        Nunc Pro Tunc Date: **3/26/19**  (NONE)

## ORDER APPOINTING INTERPRETER UNDER CJA

*Prior authorization shall be obtained for services in excess of $900.*

Expected to exceed: (YES)  NO   **Defendant's native language is Mayan & Spanish. She speaks English but Counsel has encountered difficulties with her fluency and ability to fully comprehend matters in English**

Prior Authorization Approved: YES (NO)

Signature of Presiding Judge: _____

Date of Order: _____    Nunc Pro Tunc Date: _____ or NONE