IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,
Plaintiff,

v.

Defendant.

Case Number: **19 cr 277**

Defendant: **Concepcion Malinek**

Judge: **Cole**

## ORDER APPOINTING COUNSEL UNDER CJA

Name of Appointed Attorney: **Raymond D. Pijon**

Person Represented: **Concepcion Malinek**  Defendant number: **1**  Under SEAL: YES or (NO)

Payment Category: (FELONY)  MISDEMEANOR  Type of Person Represented: (ADULT)  JUVENILE  OTHER
OTHER  PETTY OFFENSE

Representation Type:  BP  (CC)  CF  CH  DRI  EW  EX  HC  JU  MA  JRV  JHB
MC  ML  NT  OT  PA  PR  PT  SR  WI  WW

Court Order:
(APPOINTING COUNSEL)  CO-COUNSEL  STANBY COUNSEL
SUBS FOR FEDERAL DEFENDER  SUBS FOR PANEL ATTORNEY  SUBS FOR RETAINED ATTORNEY

Prior Attorney's name: **N/A**

If associate(s) will be used, list name(s) below. If the associate rate differs from CJA hourly rate, list the rate next to the associate's name:

Signature of Presiding Judge: *[signed] Jeffrey Cole*

Date of Order: **4/16/2019**   Nunc Pro Tunc Date: **3/26/19** ~~or NONE~~

## ORDER APPOINTING INTERPRETER UNDER CJA

*Prior authorization shall be obtained for services in excess of $900.*

Expected to exceed: (YES)  NO   **Defendant's native language is Mayan & Spanish. She speaks English but Counsel has encountered difficulties with her fluency and ability to fully comprehend matters in English**

Prior Authorization Approved:  YES  (NO)

Signature of Presiding Judge: _____

Date of Order: _____   Nunc Pro Tunc Date: _____  or NONE