Case: 1:19-cr-00277 Document #: 12 Filed: 04/22/19 Page 1 of 1 PageID #:28



IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| United States of America, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) No. 19 CR 277-1<br>) |
| Concepcion Malinek, | ) Judge Rebecca R. Pallmeyer<br>)<br>) |
| Defendant. | ) |

## ORDER

Government's motion for an extension of time to return Indictment is granted. The government is allowed to file a sealed attachment to their motion. The time within which to return an indictment or file an information against defendant Concepcion Malinek is extended to and including May 27, 2019, pursuant to Title 18, United States Code, Section 3161(h)(7)(B). Enter Order.

ENTER:

Dated: April 22, 2019

REBECCA R. PALLMEYER
United States District Judge