**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 19 CR 277 |
| | ) | |
| CONCEPCION MALINEK, | ) | Judge Jeffrey Cole |
| | ) | |
| Defendant. | ) | |

**NOTICE OF MOTION**

    **PLEASE TAKE NOTICE** that on May 14, 2019, at <u>11:00 a.m.</u> or as soon thereafter as I may be heard, I shall appear before the Honorable Judge <u>Jeffrey Cole</u>, or any judge sitting in his stead in <u>Courtroom 1003</u> , or in the courtroom usually occupied by him at the U.S. District Court for the Northern District of Illinois, Eastern Division, 219 S. Dearborn St., Chicago, Illinois 60604, and shall present the following: *Motion to Substitute Attorney.*

<u>s/Robert L. Rascia/May 10, 2019</u>
**ROBERT L. RASCIA, ARDC No. 6184470**
Attorney for the Defendant
The Law Offices of
Robert Louis Rascia, Ltd
650 N. Dearborn/Suite 700
Chicago, IL 60654
312-994-9100 Office
312-994-9105 Fax
<u>rrascia@rasciadefense.com</u>; Email