UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | No.: 19 CR 277 |
| CONCEPCION MALINEK, | ) ) | Honorable Jeffrey Cole |
| Defendant. | ) ) | |

## MOTION FOR SUBSTITUTION OF ATTORNEYS

The Defendant, **CONCEPCION MALINEK**, moves this Honorable Court to allow the following substitution of attorneys.

I, **RAYMOND D. PIJON** hereby move this Honorable Court for leave to withdraw as counsel for the defendant, **CONCEPCION MALINEK**

_____
RAYMOND D. PIJON

I, **ROBERT L. RASCIA**, do hereby seek leave to appear as counsel for the defendant, **CONCEPCION MALINEK** in this matter.

_____
ROBERT L. RASCIA

I, **CONCEPCION MALINEK** respectfully request that this Honorable Court grant leave to **RAYMOND D. PIJON** to withdraw as my counsel, and grant leave to **ROBERT L. RASCIA**, to appear as my counsel in this matter.

_____
CONCEPCION MALINEK

RASCIA & HIMEL, LTD.

ATTORNEYS AT LAW
50 NORTH DEARBORN
SUITE 700
CHICAGO, IL 60654
(312) 994-9100

-1-