# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.

Concepcion Malinek

Defendant.

Case No.: 1:19−cr−00277
Honorable Jeffrey Cole

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, May 13, 2019:

MINUTE entry before the Honorable Jeffrey Cole: as to Concepcion Malinek: Defendant's motions to substitute counsel [15, 17] are granted. Mr. Pijon is granted leave to withdraw his appearance and Mr. Rascia is granted leave to file his appearance as counsel for defendant. Mailed notice (jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.