# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: USA v. Malinek

Case Number: 19 CR 277-1

An appearance is hereby filed by the undersigned as attorney for:
Concepcion Malinek

Attorney name (type or print): Robert L. Rascia

Firm: Law Offices of Robert L. Rascia

Street address: 650 N Dearborn Suite 700

City/State/Zip: Chicago, Illinois 60654

Bar ID Number: 6184470
(See item 3 in instructions)

Telephone Number: 312-994-9100

Email Address: rrascia@rasciadefense.com

| Question | Answer |
|---|---|
| Are you acting as lead counsel in this case? | ✔ Yes ☐ No |
| Are you acting as local counsel in this case? | ☐ Yes ✔ No |
| Are you a member of the court's trial bar? | ✔ Yes ☐ No |
| If this case reaches trial, will you act as the trial attorney? | ✔ Yes ☐ No |

If this is a criminal case, check your status.
- ✔ Retained Counsel
- ☐ Appointed Counsel
  If appointed counsel, are you
  - ☐ Federal Defender
  - ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on

Attorney signature: S/ Robert L. Rascia

(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015