**19CR 277** Felony

JUDGE CHANG

MAGISTRATE JUDGE COLE

Ct 3

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

## DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

1. Is this an indictment or information arising out of offenses charged in one or more previously-filed complaints signed by a magistrate judge? **Yes**

    1a. If the answer is "Yes," list the case number and title of the earliest filed complaint: **19 CR 277, Filed 3/26/19, Magistrate Cole** U.S. v. Concepcion Malinek

    1b. Should this indictment or information receive a new case number from the court? **No**

2. Is this an indictment or information that supersedes one or more previously-filed indictments or informations? **No**

3. Is this a re-filing of a previously dismissed indictment or information? **No**

4. Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court? **No**

5. Is this a transfer of probation supervision from another district to this District? **No**

6. What level of offense is this indictment or information? **Felony**

7. Does this indictment or information involve eight or more defendants? **No**

8. Does this indictment or information include a conspiracy count? **No**

9. Identify the type of offense that describes the count, other than any conspiracy count, with the most severe penalty: **Labor trafficking (III)**

10. List the statute of each of the offenses charged in the indictment or information.
    **18 USC 1589 (Counts 1-7)**
    **18 USC 1546 (Counts 8-11)**

/s/Christopher V. Parente
Christopher V. Parente
Assistant United States Attorney

**FILED**

MAY 22 2019

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT