Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | JUDGE CHANG | Sitting Judge if Other than Assigned Judge | MAGISTRATE JUDGE COLE |
|---|---|---|---|
| CASE NUMBER | 19-CR-00277 | DATE | 22 MAY 2019 |
| CASE TITLE | U.S. v. CONCEPCION MALINEK | | |

**DOCKET ENTRY TEXT**

### Grand Jury Proceeding

The Grand Jury for SPECIAL JANUARY 2019 the Session, a quorum being present, returns the above-entitled indictment in open Court this date before Judge or Magistrate Judge _____

NO BOND SET. DETAINED BY MAGISTRATE JUDGE.

**FILED**

MAY 22 2019

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

SIGNATURE OF JUDGE _____ (ONLY IF FILED
or MAGISTRATE JUDGE UNDER SEAL)

Courtroom Deputy Initials: