

# United States District Court
# Northern District of Illinois

In the Matter of

USA                            Magistrate Judge Jeffrey Cole

v.                               Case No. 19-CR-00277-1

Concepcion Malinek

### TRANSFER OF CASE TO THE EXECUTIVE COMMITTEE FOR A REFERRAL TO MAGISTRATE JUDGE

The above captioned case is currently pending on my calendar. I recommend to the Executive Committee that this case be referred to the calendar of Magistrate Judge Jeffrey Cole, the magistrate judge designated pursuant to Local Rule 72.1. The reasons for my recommendation are indicated on the reverse of this form.

_____
**Judge Edmond E. Chang**

Date: Thursday, May 23, 2019

---

### ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be referred to the calendar of Magistrate Judge Jeffrey Cole

**ENTER**

**FOR THE EXECUTIVE COMMITTEE**

_____
**Chief Judge Ruben Castillo**

Dated: Thursday, May 23, 2019

## CRIMINAL PROCEDURES

**Hear and enter order(s) on the following non-dispositive motion/matter:**

- Arraignment(s) and/or detention hearings

...................................................................................................................................................................................................................................
EXCEPTIONS OR ADDITIONS:

District Referral - To Designated Magistrate Judge