UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| USA, | ) |
| | ) No. 19 CR 277-1 |
| v. | ) |
| | ) Judge Edmond E. Chang |
| Concepcion Malinek, | ) |

ORDER

Initial appearance and arraignment proceedings held. Defendant is in custody and appeared in court with the assistance of counsel and a Spanish-speaking interpreter. For the initial appearance, Defendant was informed of her rights, the nature of the charges, and the maximum potential penalties. For the arraignment, Defendant acknowledged receipt of a copy of the indictment, waived formal reading, and entered a plea of not guilty to the indictment. The government turned over the discovery to the defense today, was is comprised of five discs containing agent reports, bank records, other financial records, and employment records for each of the alleged victims. Defendant's pretrial motions due 09/03/2019. Status hearing set for 09/12/2019 at 10:00 a.m., to resolve as many of the motions as possible without further briefing, and to set a briefing schedule on those that require briefing. Pursuant to 18 U.S.C. 3161(h)(7)(A) and (B), and without objection, time is excluded from 06/13/2019 through 09/12/2019 under the Speedy Trial Act to allow counsel the time to review discovery, to decide whether to file pretrial motions, and to prepare the motions if any are filed.

(X-T)

ENTERED:

s\ Edmond E. Chang

_____

Honorable Edmond E. Chang
United States District Court Judge

DATE: June 13, 2019
0:10