**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1**
**Eastern Division**

UNITED STATES OF AMERICA

                                  Plaintiff,

v.                                                                Case No.: 1:19–cr–00277
                                                                  Honorable Edmond E. Chang

Concepcion Malinek

                                  Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, August 27, 2019:

      MINUTE entry before the Honorable Edmond E. Chang as to Concepcion Malinek: At the government's request without defense objection, the status hearing of 09/12/2019 is reset to 09/16/2019 at 9:30 a.m. Pursuant to 18 U.S.C. 3161(h)(7)(A) and (B) time is excluded from 08/27/2019 through 09/16/2019 under the Speedy Trial Act, specifically for continuity of counsel. Defendant ordered to appear and be transported by U.S. Marshals Service. Emailed notice (slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.