# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

UNITED STATES OF AMERICA

                        Plaintiff,

v.                                                   Case No.: 1:19−cr−00277
                                                                  Honorable Edmond E. Chang

Concepcion Malinek

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 16, 2019:

      MINUTE entry before the Honorable Edmond E. Chang as to Concepcion Malinek: Status hearing held. Defendant is in custody and appeared in court with the assistance of counsel and a Spanish−speaking interpreter. Defense counsel has made substantial progress in reviewing discovery and interviewing others, but there was some delay because of the language barrier. Also, the government anticipates seeking a superseding indictment in the next 21 days. No additional discovery will be produced other than a few grand jury statements from the three new alleged victims. Status hearing set for 10/25/2019 at 9:45 a.m. Pursuant to 18 U.S.C. 3161(h)(7)(A) and (B), and without objection, time is excluded from 09/16/2019 to 10/25/2019 under the Speedy Trial Act to allow defense counsel to finish the investigation and to allow Defendant to decide on the case's direction. Defendant ordered to appear and be transported by U.S. Marshals Service. Emailed notice (slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.