**FILED**
OCT 02 2019
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

JUDGE CHANG

MAGISTRATE JUDGE COLE

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

**FELONY** JP
CAT II
19cr277-1

## DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

1. Is this an indictment or information arising out of offenses charged in one or more previously-filed complaints signed by a magistrate judge? **Yes**

   1a. If the answer is "Yes," list the case number and title of the earliest filed complaint: **19 CR 277** United States v. Concepcion Malinek, et al. Magistrate Judge Cole

   1b. Should this indictment or information receive a new case number from the court? **No**

2. Is this an indictment or information that supersedes one or more previously-filed indictments or informations? **yes**

   2a. If the answer is "Yes," list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)): **U.S. v. Malinek 19 CR 277**   Judge Chang

3. Is this a re-filing of a previously dismissed indictment or information? **No**

4. Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court? **No**

5. Is this a transfer of probation supervision from another district to this District? **No**

6. What level of offense is this indictment or information? **Felony**

7. Does this indictment or information involve eight or more defendants? **No**

8. Does this indictment or information include a conspiracy count? **No**

9. Identify the type of offense that describes the count, other than any conspiracy count, with the most severe penalty: **Labor trafficking (III)**

10. List the statute of each of the offenses charged in the indictment or information.
    **18 USC 1589 (Counts 1-10)**
    **18 USC 1546 (Counts 11-14)**

/s/Christopher V. Parente
Christopher V. Parente
Assistant United States Attorney