Order Form (01/2005)

19 GJ 351

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | | Sitting Judge if Other than Assigned Judge | Jeffrey I Cummings |
|---|---|---|---|
| CASE NUMBER | 19 CR 277 | DATE | 10/02/2019 |
| CASE TITLE | U.S. v. CONCEPCION MALINEK | | |

JUDGE CHANG

MAGISTRATE JUDGE COLE

**DOCKET ENTRY TEXT**

### Grand Jury Proceeding

The Grand Jury for SPECIAL JANUARY 2019 the Session, a quorum being present, returns the above-entitled indictment in open Court this date before Judge or Magistrate Judge _Jeff Cummings_

DETENTION ORDER PREVIOUSLY ISSUED IN (19 CR 277) TO STAND.

**FILED**
OCT 02 2019
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

SIGNATURE OF JUDGE _____ (ONLY IF FILED
or MAGISTRATE JUDGE                    UNDER SEAL)

Courtroom Deputy Initials: rbf

Page 1 of 1