# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.

Concepcion Malinek

Defendant.

Case No.: 1:19−cr−00277
Honorable Edmond E. Chang

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 4, 2019:

MINUTE entry before the Honorable Edmond E. Chang as to Concepcion Malinek: Defendant is in custody and appeared in court with assistance of counsel and a Spanish−speaking interpreter. Arraignment held on the superseding indictment. Defendant acknowledged receipt of the superseding indictment, waived formal reading, and entered a plea of not guilty to the superseding indictment. Defense counsel reported that the government produced the additional discovery and that he is reviewing Spanish−language records with Defendant and her family. Defendant's pretrial motions due 12/13/2019. Status hearing set for 12/17/2019 at 10 a.m., to resolve as many of the motions as possible without further briefing, and to set a briefing schedule on those that require briefing. Pursuant to 18 U.S.C. 3161(h)(7)(A) and (B), and without objection, time is excluded from 11/04/2019 through 12/17/2019 under the Speedy Trial Act to allow counsel the time to review discovery, to decide whether to file pretrial motions, and to prepare the motions if any are filed. The Court recommends that the Marshals Service examine whether leg irons are genuinely needed on the MCC bus, or at least different leg irons, in light of the substantial swelling in Defendant&#039;s right ankle. Defendant ordered to appear and be transported by U.S. Marshals Service. Emailed notice (slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.