# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

UNITED STATES OF AMERICA

                            Plaintiff,

v.                                                  Case No.: 1:19−cr−00277
                                                 Honorable Edmond E. Chang

Concepcion Malinek

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 23, 2020:

      MINUTE entry before the Honorable Edmond E. Chang: Status hearing held. Defendant is in custody and appeared in court with assistance of counsel and a Spanish−speaking interpreter. Counsel for Defendant reported that plea negotiations have not generated an agreement, although counsel will be discussing with Defendant a possible plea declaration, and will inform the Court immediately if that becomes a probability. ***By 05/04/2020, the parties shall file the Joint Pretrial Statement, witness lists, exhibits lists, motions in limine, and the jury instructions and verdict form (visit Judge Chang's website for the details). The parties shall start promptly on the preparation; these requirements are very detailed and take advance conferral with one another. Responses to the motions in limine due 05/11/2020. Replies due 05/18/2020. Pretrial conference set for 06/03/2020 at 1:00 p.m. Pursuant to 18 U.S.C. 3161(h)(7)(A) and (B), time is excluded from 01/23/2020 through 06/22/2020 for trial. Status hearing set for 04/27/2020 at 12:15 p.m. Defendant ordered to appear and be transported by U.S. Marshals Service. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.