# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2
### Eastern Division

UNITED STATES OF AMERICA

                        Plaintiff,

v.                                                  Case No.: 1:19–cr–00277
                                                  Honorable Edmond E. Chang

Concepcion Malinek

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 6, 2020:

      MINUTE entry before the Honorable Edmond E. Chang as to Concepcion Malinek: In light of Defendant's in−custody status, the Court hopes to maintain the 06/22/2020 trial date. So for now the pretrial−filing deadlines, R. 39, remain in place. In light of the public−health concerns, the Court of course will consider any extension motion on any deadline. The status hearing of 04/27/2020 is reset to 05/13/2020 at 10:30 a.m., Defendant ordered to appear and be transported by U.S. Marshals Service. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.