# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2
### Eastern Division

UNITED STATES OF AMERICA

                                  Plaintiff,

v.                                             Case No.: 1:19−cr−00277
                                                         Honorable Edmond E. Chang

Concepcion Malinek

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 27, 2020:

      MINUTE entry before the Honorable Edmond E. Chang as to Concepcion Malinek: Defendant's unopposed motion to continue trial [44] is granted. Via email, the courtroom deputy communicated with the parties to schedule a new date. After conferral, the trial start date is 08/31/2020. Subpoenas must be promptly adjusted or served when safe to do so. The new pretrial filings deadline is as follows: by 07/13/2020, the parties shall file the Joint Pretrial Statement, witness lists, exhibits lists, motions in limine, and the jury instructions and verdict form (visit Judge Chang's website for the details). The parties shall start promptly on the preparation; these requirements are very detailed and take advance conferral with one another. Responses to the motions in limine due 07/20/2020. Replies due 07/27/2020. Pretrial conference reset to 08/05/2020 at 1:00 p.m. Pursuant to 18 U.S.C. 3161(h)(7)(A) and (B), time is excluded from 06/22/2020 through 08/31/2020 because the ends of justice outweigh the interests of the defendant and the public in a speedy trial given the need for trial preparation. Status hearing of 05/13/2020 is vacated. Instead, on 07/13/2020, the parties shall file a concise status report stating whether any active plea negotiations are ongoing and reporting on any other pertinent matter. Defendant ordered to appear and be transported by U.S. Marshals Service for the pretrial conference on 08/05/2020. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.