# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2
### Eastern Division

UNITED STATES OF AMERICA

                        Plaintiff,

v.                                                   Case No.: 1:19−cr−00277
                                                 Honorable Edmond E. Chang

Concepcion Malinek

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 14, 2020:

    MINUTE entry before the Honorable Gary Feinerman:as to Concepcion Malinek.This order is entered by District Judge Feinerman in his capacity as emergency judge. Defendant Malinek has filed a motion to revoke detention order (Dkt. 47 in Case 19 CR 277) (Dkt. 913 in Case 20 C 1792). The motion is denied in part insofar as it raises COVID−related issues, and is entered and continued in part for ruling by District Judge Chang on the other issues presented. The motion briefly mentions COVID−19 as a basis for releasing Defendant. Although the motion states that Defendant has certain medical risk factors, her release is not warranted because she does not argue, let alone show, that there are any specific COVID−19 risks at Livingston County Jail, where she is being detained. The Clerk is directed to terminate this motion in Case 20 C 1792. To the extent it is entered and continued, the motion shall remain pending in Case 19 CR 277 for action by District Judge Chang. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.