# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2
### Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.  Case No.: 1:19−cr−00277
Honorable Edmond E. Chang

Concepcion Malinek

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 15, 2020:

MINUTE entry before the Honorable Edmond E. Chang as to Concepcion Malinek: On the remaining aspects of the release motion [47], that is, the aspects not relating to Covid−19, the government's response is due by 05/18/2020. The defense may reply by 05/20/2020. To track the motion only (no appearance is required, the case will not be called), a status hearing is set for 05/22/2020 at 8:30 a.m. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.