UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CONCEPCION MALINEK,<br><br>　　　　　Defendant. | Case No. 19 CR 00277<br><br>Judge Edmond E. Chang |

### ORDER

　　Defendant Concepcion Malinek has informed the Court, through her counsel, that she consents to proceed via video-conference, or if that is not reasonably available, by telephone-conference, for the change of plea hearing.

　　The Court grants the motion to proceed by video-conference, or by telephone-conference if video is not reasonably available. This Order memorializes the required findings under CARES Act § 15002(b)(2)(A), Pub. L. No. 116-136, 134 Stat. 281.

　　By order dated June 12, 2020 and July 10, 2020, the Chief Judge found that felony pleas and felony sentencings cannot be conducted in person in this district without seriously jeopardizing public health and safety.

　　Under Section 15002(b)(2)(A), the assigned judge finds that further delay of this hearing would cause serious harm to the interests of justice, because the trial is scheduled to start on August 31, 2020, and the Defendant wishes to advance the case so she may move forward to the case's end.

Therefore, pursuant to Section 15002(b)(2)(A), the hearing will proceed by video-conferencing (or by telephone if video-conferencing is not reasonably available at the custodial facility on the date of the change of plea).

ENTER:

s/Edmond E. Chang
Honorable Edmond E. Chang
United States District Judge

DATE: July 13, 2020