UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 19 CR 277 |
| v. ) | |
| ) | Judge Edmond E. Chang |
| CONCEPCION MALINEK ) | |

**UNITED STATES BILL OF PARTICULARS**
**FOR FORFEITURE OF CERTAIN PROPERTY**

The United States of America, by JOHN R. LAUSCH, JR, United States Attorney for the Northern District of Illinois, hereby files the following Bill of Particulars.

Through the violation of 18 U.S.C. § 1589, as alleged in Counts One through Ten of the superseding indictment, the United States seeks forfeiture of any property which constitutes and is derived from proceeds traceable to the offense, and any property used and intended to be used to commit and to promote the commission of the defendant's violation including, but not limited to:

(a) The property located at 3110 South 53rd Court, Cicero, Illinois, legally described as:

THE SOUTH 2/3 OF LOT 5 AND THE NORTH 2/3 OF LOT 6 IN BLOCK 4 IN OSBORNE'S ADDITION TO HAWTHORNE, BEING A SUBDIVISION OF LOTS 1 AND 2 IN BLADWIN'S SUBDIVISION OF THE NORTHWEST ¼ OF SECTION 33, TOWNSHIP 39 NORTH, RANGE 13, EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS.

Permanent Index Number: 16-33-104-051-0000,

pursuant to the provisions of 18 U.S.C. §§ 1594(d)(1) and (d)(2).

Dated: July 15, 2020

                                        Respectfully submitted,

                                        JOHN R. LAUSCH, JR.
                                        United States Attorney

By:   */s/ Christopher V. Parente*
       CHRISTOPHER V. PARENTE
       Assistant United States Attorney
       219 South Dearborn Street
       Chicago, Illinois 60604
       (312) 353-5300