# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

UNITED STATES OF AMERICA

                              Plaintiff,

v.                                                                   Case No.: 1:19−cr−00277
                                                                    Honorable Edmond E. Chang

Concepcion Malinek

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 16, 2020:

      MINUTE entry before the Honorable Edmond E. Chang as to Concepcion Malinek: Defense counsel just alerted the courtroom deputy that Defendant is not ready to enter the plea today in light of a restitution issue. The change of plea is converted to a telephone status hearing, including the Defendant. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.