# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

UNITED STATES OF AMERICA

                        Plaintiff,

v.                                              Case No.: 1:19–cr–00277

                                                      Honorable Edmond E. Chang

Concepcion Malinek

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 16, 2020:

      MINUTE entry before the Honorable Edmond E. Chang as to Concepcion Malinek: In light of R. 61, the Court also notes that, because of the forfeiture allegation in the superseding indictment, any plea colloquy would also cover the potential for forfeiture. So if the Defendant decides to ask for a change of plea hearing, it would be wise for defense counsel to discuss this with the Defendant if that has not already been the subject of conferral. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.