**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

UNITED STATES OF AMERICA

                          Plaintiff,

v.                                                     Case No.: 1:19−cr−00277
                                                              Honorable Edmond E. Chang

Concepcion Malinek

                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, October 7, 2020:

       MINUTE entry before the Honorable Edmond E. Chang as to Concepcion Malinek: Defendant's unopposed sentencing continuance motion [73] is granted. The sentencing is reset from 10/26/2020 to 12/07/2020 at 2:00 p.m. The defense sentencing memorandum is due by 11/20/2020. The government's reply memorandum, if any, is due by 11/27/2020. Counsel for Defendant reported to the courtroom deputy and government's counsel that Defendant is choosing to appear in−person at this time. Defendant ordered to appear and be transported by U.S. Marshals Service. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.