**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

UNITED STATES OF AMERICA

                       Plaintiff,

v.                                                    Case No.: 1:19–cr–00277
                                                     Honorable Edmond E. Chang

Concepcion Malinek

                       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, November 24, 2020:

      MINUTE entry before the Honorable Edmond E. Chang as to Concepcion Malinek: The Defendant's unopposed motion to continue sentencing [75] is reset to 02/17/2021. The defense sentencing memorandum is due by 01/18/2021. The government's reply memorandum, if any, is due by 01/25/2021. The defense sentencing memorandum must list the potential witnesses, describe the subject matter of the testimony, and the approximate length of testimony. The government reply must do the same if there are any victims or witnesses offered by the government. (The parties may agree to refrain from formal examination if all of the witnesses are victims and character witnesses. Any such agreement should be reported in the sentencing memoranda if feasible.) Defendant ordered to appear and be transported by U.S. Marshals Service. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.