# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

UNITED STATES OF AMERICA

                Plaintiff,

v.                                           Case No.: 1:19–cr–00277
                                                   Honorable Edmond E. Chang

Concepcion Malinek

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 3, 2021:

      MINUTE entry before the Honorable Edmond E. Chang as to Concepcion Malinek: At the parties' request, status hearing set for 02/08/2021 at 10:00 a.m. Counsel for Defendant reported to the Courtroom that Defendant's appearance can be waived for this status hearing and that he agrees to appear by telephone. The hearing will proceed by telephone. Members of the public and media will be able to call in to listen to this hearing. The call–in number is (877) 336–1831 and the access code is 1736479. Counsel of record and the Probation Officer will receive an email before the start of the telephonic hearing with instructions to join the call. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.