# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.

Concepcion Malinek

Defendant.

Case No.: 1:19−cr−00277
Honorable Edmond E. Chang

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, February 8, 2021:

MINUTE entry before the Honorable Edmond E. Chang as to Concepcion Malinek: Telephone status hearing held. Counsel for the Defendant, government's counsel, and victim counsel appeared by telephone. In a prior communication with the courtroom deputy and the government, defense counsel previously waived the Defendant's appearance for this status hearing. As discussed during the hearing, two of the three proposed victim−witnesses are authorized to testify by remote means even if their testimony involves a factual dispute. The Defendant's witnesses may also appear by remote means or in−person. By 02/12/2021, counsel for the Defendant shall email the courtroom deputy, with government's counsel copied, to report if defense witnesses will be appearing in−person or by video. In any event, counsel, victims, witnesses, and any spectators, visitors, or members of the press are to follow Judge Chang's SAFETY PROTOCOL FOR BENCH PROCEEDINGS as outlined on his webpage (https://www.ilnd.uscourts.gov/_assets/_documents/_forms/_judges/Chang/ORDER_bench_proceedings_proto col_2020_11_19_FINAL.pdf. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.