# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

UNITED STATES OF AMERICA

                              Plaintiff,

v.                                                        Case No.: 1:19−cr−00277
                                                                  Honorable Edmond E. Chang

Concepcion Malinek

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Sunday, February 14, 2021:

      MINUTE entry before the Honorable Edmond E. Chang: Defendant Malinek, as is her right, continues to choose an in−person sentencing. The sentencing hearing would require the in−person presence of at least the lawyers (including two on the defense side), the defendant, the case agent, the Deputy Marshals, the Court Security Officer, two interpreters, and the judge. Also, accommodation would have to be made for the press and the general public. That list does not include the courtroom deputy, court reporter, and Probation Officer, all of whom conceivably could participate by phone. As a result of conferring with the counsel on both sides about the number of proposed in−person attendees and witnesses, and after conferring with the Clerk's Office and the Chief Judge, the Court informed the parties of the unavailability of an overflow courtroom (give the staffing resources need to maintain one) and the need for a two−person cap on the number of in−person attendees, with the alternative being a continuance until after 03/15/2021, when the District Court hopes to allow more persons into the Courthouse. The government agreed to the cap, but the Defendant preferred a continuance. The sentencing hearing is continued to 03/23/2021 at 1 p.m. Dial−in information for remote listening will be posted on the docket as the date approaches. Emailed notice (Chang, Edmond)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.