# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.

Concepcion Malinek

Defendant.

Case No.: 1:19−cr−00277
Honorable Edmond E. Chang

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 2, 2021:

MINUTE entry before the Honorable Edmond E. Chang as to Concepcion Malinek: After conferral between the courtroom deputy and counsel for the parties, continued in−person sentencing set for 04/19/2021 at 1:00 p.m. Due to the restricted number of court spectators allowed in the courtroom to maintain social distancing, the Court has secured an additional courtroome that will provide a live video stream of the sentencing. Courtroom 2141 has been designated as overflow courtroom. Any victims, witnesses, and any spectators, visitors, or members of the press are to follow the Court's Coronavirus/COVID−19 Guidelines: https://www.ilnd.uscourts.gov/Pages.aspx?page=guid ance_covid19. Persons viewing the proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Members of the public and media who cannot attend in person may listen remotely to the hearing. The call−in number is (650) 479−3207 and the access code is 1609927428##. Counsel of record will receive an email before the start of the hearing with instructions for witnesses or victims to login into the hearing. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. U.S. Marshal to produce the Defendant for sentencing. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please

refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.