# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

UNITED STATES OF AMERICA

                                    Plaintiff,

v.                                                             Case No.: 1:19−cr−00277

                                                                                Honorable Edmond E. Chang

Concepcion Malinek

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 19, 2021:

      MINUTE entry before the Honorable Edmond E. Chang as to Concepcion Malinek: Continued in−person sentencing hearing held. Defendant is in custody and appeared in person with the assistance of counsel. Counsel for the government appeared in person. The Probation Officer appeared by video. The Defendant was sentenced to a term of 78 months in custody and 2 years of supervised release. The government and the Defendant agreed on restitution in the total amount of $112,545.00, with individual amounts as agreed on in a spreadsheet circulated before the sentencing. The government's motion for Entry of Preliminary Order of Forfeiture [69] is granted without objection. Judgment in a criminal case to follow. Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.