**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
|    **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | No.    19 CR  277-1 |
| | ) | Hon. Edmond E. Chang |
| **CONCEPCION MALINEK,** | ) | |
| | ) | |
|    **Defendant.** | ) | |

### NOTICE OF APPEAL

    Notice is hereby given that the Defendant, **CONCEPCION MALINEK**, appeals to the United States Court of Appeals for the Seventh Circuit from, judgment and order of the District Court imposed on April 19, 2021 and entered on April 22, 2021 sentencing the Defendant to a term of imprisonment of 78 months in the United States Bureau of Prisons.

              Respectfully Submitted,


s/ROBERT L. RASCIA,
Attorney for the Defendant

May 3, 2021

ARDC no. 6184470
650 N. Dearborn Suite 700
Chicago, Illinois 60654
Office: 312-994-9100
Fax: 312-994-9105
rrascia@rasciadefense.com

LAW OFFICES OF
ROBERT LOUIS RASCIA, LTD
650 NORTH DEARBORN
SUITE 700
CHICAGO, IL 60654
(312) 994-9100

rrascia@rasciadefense.com
liamkelly@rasciadefense.com