## *United States District Court for the Northern District of Illinois*

Case Number: 1:19-cr-00277-1          Assigned/Issued  By: MO

Judge Name: Chang          Designated Magistrate Judge: Cole

### FEE INFORMATION

*Amount Due:*  ☐ $402.00   ☐ $49.00   ☐ $5.00

☐ IFP   ☐ No Fee   ☐ Other _____

☐ $505.00

Number of Service Copies _____          Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____          Receipt #: _____

Date Payment Rec'd: _____          Fiscal Clerk: _____

### ISSUANCES

☐ Summons                          ☐ Alias Summons

☐ Third Party Summons              ☐ Lis Pendens

☐ Non Wage Garnishment Summons     ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons     _____

☑ Citation to Discover Assets      _____

☐ Writ _____            (Victim, Against and $ Amount)
   (Type of Writ)

2   Original and 0   copies on 08/03/2021   as to _____
                                   (Date)

Citibank, N.A. (Third Party) (No Notice Filed)

Edward Jones (Third Party) (No Notice Filed)

Rev. 08/19/2016