SM

# PROCESS RECEIPT AND RETURN
See "Instructions for Service of Process by U.S. Marshal"

**U.S. Department of Justice**
United States Marshals Service

RCVD USMS AUG 2 '21 PM 12:46

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 19 CR 277 |
| DEFENDANT | TYPE OF PROCESS |
| CONCEPCION MALINEK | final order of forfeiture |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
United States Marshals Service
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
219 S. Dearborn St, Chicgao, IL 60604

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

OFFICE OF THE UNITED STATES ATTORNEY
219 S. DEARBORN STREET, ROOM 500
CHICAGO, ILLINOIS 60604
Attn: Mary Beth Ryan

Number of process to be served with this Form 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Please deposit $3,549 into the Asset ForfeitureFund.

19-FBI-004501

Signature of Attorney other Originator requesting service on behalf of:
*Christopher Parente* MR

[X] PLAINTIFF
[ ] DEFENDANT

TELEPHONE NUMBER: 312-353-5300
DATE: 7/30/2021

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 1
District of Origin No. 24
District to Serve No. 24
Signature of Authorized USMS Deputy or Clerk
Date: 8/2/2021

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [X] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

Date: 8/2/21    Time: 1:00 [X] pm

Address (complete only different than shown above)

Signature of U.S. Marshal or Deputy

Costs shown on attached USMS Cost Sheet >>

REMARKS

**FILED**
AUG 03 2021
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Disposed According to Law 7/30/2021

Form USM-285
Rev. 03/21