UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>CONCEPCION MALINEK, )<br>)<br>          Defendant, )<br>)<br>and )<br>)<br>EDWARD JONES., )<br>)<br>          Third-Party Respondent. )<br>) | No. 19 CR 277<br><br>Judge Chang |

## TURNOVER ORDER

This matter is before the court on the United States of America's motion for a turnover order. The court has reviewed the motion and finds as follows:

1. Judgment was entered in this case in favor of the United States and against defendant Concepcion Malinek and the outstanding balance is $82,659.03 as of August 25, 2021.

2. The United States and Malinek have agreed to the turnover amount of around $82,659.03 from the Edward Jones investment accounts ending in 20537, 97795, and 25515, which is not exempt from garnishment, being held by the respondent. 18 U.S.C. § 3613(a) and 26 U.S.C. § 6334.

4. The Clerk of the Court collects all payments on monetary penalties imposed in criminal cases. Accordingly, all payments should have "No. 19 CR 277" written in the lower left corner of the check and be submitted to: Clerk of the Court, U.S. District Court, Northern District of Illinois, 219 South Dearborn Street, 20th Floor, Chicago, Illinois 60604. Accordingly, it is hereby

ORDERED that the third-party respondent, Edward Jones, shall submit to the United States $82,659.03 from the investment accounts ending in 20537, 97795, and 25515 belonging to Concepcion Malinek, which represents Malinek's interest in the accounts, which are not exempt from garnishment, to be applied to her outstanding judgment.

E N T E R:

_____
Edmond E. Chang
United States District Judge

Date: 09/15/2021