# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

November 23, 2021

To: Thomas G. Bruton
UNITED STATES DISTRICT COURT
Northern District of Illinois
Chicago, IL 60604-0000

| | |
|---|---|
| No. 21-1793 | UNITED STATES OF AMERICA, <br> Plaintiff - Appellee <br><br> v. <br><br> CONCEPCION MALINEK, <br> Defendant - Appellant |
| **Originating Case Information:** | |
| District Court No: 1:19-cr-00277-1 <br> Northern District of Illinois, Eastern Division <br> District Judge Edmond E. Chang | |

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

TYPE OF DISMISSAL:                    F.R.A.P. 42(b) and C.R. 51(f)

STATUS OF THE RECORD:                 no record to be returned

CERTIFIED COPY
A True Copy
Teste:

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

form name: **c7_Mandate**     (form ID: **135**)