# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

November 23, 2021

*By the Court*:

| | |
|---|---|
| No. 21-1793 | UNITED STATES OF AMERICA, Plaintiff - Appellee<br><br>v.<br><br>CONCEPCION MALINEK, Defendant - Appellant |
| **Originating Case Information:** | |
| District Court No: 1:19-cr-00277-1<br>Northern District of Illinois, Eastern Division<br>District Judge Edmond E. Chang | |

Upon consideration of the **MOTION TO DISMISS APPEAL**, filed on November 23, 2021, by counsel for appellant,

**IT IS ORDERED** that this case is **DISMISSED**, pursuant to Federal Rule of Appellate Procedure 42(b) and Circuit Rule 51(f).

CERTIFIED COPY
A True Copy
Teste:
_[signature]_
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

form name: **c7_FinalOrderWMandate**    (form ID: **137**)