# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

UNITED STATES OF AMERICA

                                      Plaintiff,

v.                                                                                Case No.: 1:19−cr−00277
                                                                                Honorable Edmond E. Chang

Concepcion Malinek

                                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 27, 2021:

      MINUTE entry before the Honorable Edmond E. Chang as to Concepcion Malinek: On the Defendant's motion 126 for compassionate release, the government's response is due by 01/19/2022. The defense reply, if any, is due by 02/09/2022. To track the case only (no appearance is required, the case will not be called), a tracking status hearing is set for 02/25/2022 at 8:30 a.m. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.