# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4
### Eastern Division

UNITED STATES OF AMERICA

                        Plaintiff,

v.                                           Case No.: 1:19−cr−00277
                                             Honorable Edmond E. Chang

Concepcion Malinek

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 24, 2022:

      MINUTE entry before the Honorable Edmond E. Chang as to Concepcion Malinek: The government filed its response, R. 129, 130, to the compassionate−release motion [126], and the reply deadline expired. The motion is taken under advisement. The tracking status hearing of 02/25/2022 is reset to 04/29/2022 at 8:30 a.m., but to track the case only (no appearance is required, the case will not be called). Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.