UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 19 CR 277 |
| | ) | |
| CONCEPCION MALINEK, | ) | |
| | ) | |
| Defendant. | ) | |

**SATISFACTION OF JUDGMENT AND RELEASE OF JUDGMENT LIEN**

The court entered judgment in favor of the United States of America and against defendant Concepcion Malinek. The judgment for $112,645.00 has been satisfied. The lien recorded at the Cook County Recorder's Office as document number 2115512191 on June 04, 2021 is hereby released.

Respectfully submitted,

JOHN R. LAUSCH, Jr.
United States Attorney

By: s/ Linda A. Wawzenski
 LINDA A. WAWZENSKI
 Assistant United States Attorney
 219 South Dearborn Street
 Chicago, Illinois 60604
 312-353-1994
 linda.wawzenski@usdoj.gov

## Certificate of Service

The undersigned Assistant United States Attorney hereby certifies that in accordance with Fed. R. Civ. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF), the following document:

SATISFACTION OF JUDGMENT AND RELEASE OF JUDGMENT LIEN

was served pursuant to the district court's ECF system as to ECF filers, if any, and will be mailed within five business days of this release being filed, to the following non-ECF filers:

Concepcion Malinek 53954-424
FMC Lexington
Federal Medical Center
3301 Leestown Road
Lexington, Kentucky 40511-8799

By: s/ Linda A. Wawzenski
LINDA A. WAWZENSKI
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
312-353-1994
linda.wawzenski@usdoj.gov