FILED

JUN 01 2022

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

156

① United States District Court Southern of Illinois
Eastern Division 5-20-2022

Concepcion Malinek          Case No. 1:19-CR-00277
Reg. No. 53954-424          Honorable: Edmond E. Chang

Addendum Motion for Compassionate
Release. Do to my Compassionate Release I have
a serious physical medical condition, that
substantially diminisher my ability to provide
care within the environment of a correctional
facility, from with I am not expected to recover.
I am very limited with my health Condition.
I suffering from serious physical mental health
medical condition. I am suffering from Trauma
from my case and experiencing emocional they
Grieng and Trauma for the loss my two
parents because the covid 19 may 13-2020.
My physical I am walking with cane for
suport because my ability and limitation.
and my condition. I am Care Level 2
chronic extremity condition, previous
trauma from a Bus Accident 2015 in
Guatemala. I am Diabectic high colesterol,
with painful Neuropathy, experience Depresion
and obesity. I have been diagnoced with
APTSD and personality Disorder BY
Dr. Schuster psychologist with
Camp FMC Lexington Ky.

② I was caught Covid 19 on 12-24-2021
I was very sick I have Long covid my
extraoridinary circunstancer extremly
dificulty to practice effertive distencing
and hygiene to minimize higher risk
we no have soap for our hands no bleach
to prevent transmission and imposible for
individuals inmate we have no access to
products. We all exposure to infection, the
showevring have mold, the Facitifies also
very por condition very old building....
we have cockrooches also... many people or
inmate each rooms an inhumane condition
of living. Very poor medical care no
quality medical care for those who need
the most, ejemplo we have inmate with
crutches, wheel chair, walker and cane
like me, we no have shower chair the
elevater usualy broke. DO the covid
was so dificulities I was with high
Fever, diarrhera and vomiting....
        Honorable: Judge Edmond E. Chong
This Camp FMC Lexing ky. The
help not only for me... on the
Name the supreme God can
you do something for us all
the inmates in this place is not
for a human beings....

③ This is america the united stantes the best place for God people. Honorable Judge Edmond E Chang we need someone, can help us on this situation like this in an inhumane prison in 2022

With sincere Thank you

Honorable Judge
Edmond E. Chang

Concepcion Malinek

Reg. No. 53954-424







Printed by authority of the State of Illinois
Secretary of State
**Jesse White**
**ILLINOIS**
**2022**

Jul. Aug. Sept. Oct. Nov. Dec.
Jan. Feb. Mar. Apr. May Jun.

**EXPIRES THE LAST DAY OF:**

| | |
|---|---|
| 9 | |
| 8 | 8 |
| 7 | 7 |
| 6 | 6 |
| 5 | 5 |
| 4 | 4 |
| 3 | 3 |
| 2 | 2 |
| 1 | 1 |
| 0 | 0 |

**DB 74739**

**PERMANENT**

THE AUTHORIZED CARDHOLDER MUST BE PRESENT AND MUST ENTER OR EXIT THE VEHICLE AT THE TIME THE CARD IS USED. DISPLAY THIS PLACARD FROM THE REARVIEW MIRROR. MISUSE OF THIS CARD WILL RESULT IN A FINE AND SUSPENSION OR REVOCATION OF THE DRIVER'S LICENSE AND/OR REVOCATION OF THE PLACARD.

**REMOVE BEFORE VEHICLE IS IN MOTION**
THIS PLACARD IS NOT TRANSFERABLE
IT IS ILLEGAL TO COPY OR DUPLICATE THIS PLACARD

Possession of this card does not guarantee eligibility

**Union Health Service, Inc.**
1634 W. Polk St., Chicago, Illinois 60612
24 Hour Telephone # 312-423-4200

**Notice to Members and Providers:** Non-emergency benefits are not covered unless they are rendered by Union Health Service, Inc.

**In-Area Emergency: (Entire Metro Chicago)** Call Union Health Service and state you have an emergency. Instructions will be given. Members with a severe condition should either call 911 or go to the nearest hospital and within 24 hours call Union Health Service Inc.

**Out-of-Area Emergency: (All other areas)** Patients will be covered for severe, unforeseen and sudden illness or injury that requires emergency care, necessary treatment and necessary hospitalization as determined by Union Health and the treating physician. Routine follow-up and non-emergency care is not covered.

**All Hospitals and Providers:** Notify Union Health Service, Inc. within 48 hours of an emergency visit and/or admission. Call 1-312-423-4200. Hospital admissions, other than for emergency care, require pre-admission certification.



**NOT A LICENSE TO DRIVE**
**FOR IDENTIFICATION PURPOSES ONLY**

www.CYBERDRIVEILLINOIS.com
Medical Information/Living Will
Seal Area
Blood Type
RH Factor

Rev. 09/17/2015
11/29/1969

Class: Single Veh GVWR 16000 or Less Except Cycles
Restrictions: -Left And Right Outside Mirror.
Endorsements: NONE

www.CYBERDRIVEILLINOIS.com
Medical Information/Living Will
Seal Area
Blood Type
RH Factor

Rev. 09/17/2015
11/29/1969

Concepcion Malinek
Reg. No. 53954-424
MCC Lexington
Federal Medical Center
Satellite camp
P.O. Box 14525
Lexington, Ky. 40512

CERTIFIED MAIL®

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

7018 1830 0001 9487 3860

<>53954-424<>
Edmond E Chang
219 S Dearborn ST
Chicago, IL 60604
United States

FOREVER / USA



06/01/2022-30