united states District court Northern District of illinois
Eastern Division 5-31-2022

A Motion for FSA credit.

Concepcion Malinek          Case Number 1,19-cr00277

R **FILED**

6-8-22
JUN 08 2022

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Judge: Honorable:
Edmond E. Chang

I am requiesting my FSA credits to be applied
to me, to the warden Paul I have not be response
my requiesting. I was told by the unit team, because
per BOP Policy. I am a care Level 2 and I have
Completed over 38 months also over 50% of my
sentence. I am a minimun for my security recidivism.
I have been programming ever since I arrived at
the Camp FMC Lexington Ky on Junio 4 of 2021
and working. I have been told by my case
Manger I do not qualify for the First Step
Act, Nor the Cares Act. A coording to the
BOP Policy I do not qualify. However
it is my Constitutional right according to
the Law. Honorable: Judge: Edmond E. Chang
I need your help in this Matter is my
life I am sorry have Mercy on me is
of a Great need and appcacated And
great thank you Judge Edmond E. Chan
Att: Concepcion Malinek Regi 53954-424

TRULINCS 53954424 - MALINEK, CONCEPCION - Unit: LEX-S-A

---------------------------------------------------------------------------------------------------------

FROM: 53954424
TO: Warden
SUBJECT: ***Request to Staff*** MALINEK, CONCEPCION, Reg# 53954424, LEX-S-A
DATE: 03/29/2022 07:59:02 PM

To: Paul
Inmate Work Assignment: food service

Dear Mr Paul , I am requiesting my FSA credits to be applied to me now  Thank you.







M45210069939
ILAYTL01
Rev. 09/17/2015
11/29/1969

Blood Type
RH Factor

Medical Information/Living Will
Seal Area

www.CYBERDRIVEILLINOIS.com

Class: Single Veh GVWR 16000 or Less Except Cycles
Endorsements: NONE
Restrictions: F -Left And Right Outside Mirror

45210069939M
ILMTBM01
Rev. 09/17/2015
11/29/1969

9939

Blood Type
RH Factor

Medical Information/Living Will
Seal Area

www.CYBERDRIVEILLINOIS.com

FOR IDENTIFICATION PURPOSES ONLY
NOT A LICENSE TO DRIVE

Possession of this card does not guarantee eligibility.
Union Health Service, Inc.

1634 W. Polk St., Chicago, Illinois 60612
24 Hour Telephone # 312-423-4200

**Notice to Members and Providers:** Non-emergency benefits are not covered unless they are rendered by Union Health Service, Inc.

**In-Area Emergency: (Entire Metro Chicago)** Call Union Health Service and state you have an emergency. Instructions will be given. Members with a severe condition should either call 911 or go to the nearest hospital and within 24 hours call Union Health Service Inc.

**Out-of-Area Emergency: (All other areas)** Patients will be covered for severe, unforeseen and sudden illness or injury that requires emergency care, necessary treatment and necessary hospitalization as determined by Union Health and the treating physician. Routine follow-up and non-emergency care is not covered.

**All Hospitals and Providers:** Notify Union Health Service, Inc. within 48 hours of an emergency visit and/or admission. Call 1-312-423-4200. Hospital admissions, other than for emergency care, require pre-admission certification.

REMOVE BEFORE VEHICLE IS IN MOTION.
THIS PLACARD IS NOT TRANSFERABLE.
IT IS ILLEGAL TO COPY OR DUPLICATE THIS PLACARD.

THE AUTHORIZED HOLDER MUST BE PRESENT AND MUST ENTER OR EXIT THE VEHICLE AT THE TIME THE PARKING PRIVILEGES ARE BEING USED. UNAUTHORIZED USE MAY RESULT IN A $500 FINE AND SUSPENSION OF DRIVER'S LICENSE AND/OR REVOCATION OF THE PLACARD.

PERMANENT

DB 74739

| | |
|---|---|
| 0 | 0 |
| 1 | 1 |
| 2 | 2 |
| 3 | 3 |
| 4 | 4 |
| 5 | 5 |
| | 6 |
| 7 | 7 |
| 8 | 8 |
| 9 | |

EXPIRES THE LAST DAY OF:

| | | | | | |
|---|---|---|---|---|---|
| Jan. | Feb. | Mar. | Apr. | May | Jun. |
| Jul. | Aug. | Sept. | Oct. | Nov. | Dec. |

2022

ILLINOIS
Jesse White
Secretary of State
Printed by authority of the State of Illinois.

This certificate is awarded to:

Malinek Concepcion

For her participation in the

*Priscilla Shirer*

7-week Bible study entitled

*One in a Million*

Angie Vittos

Instructor

May 29, 2022

Date

Caldwell

Chaplain

Federal Prison Camp - Atwood  Lexington, KY



Certificate of Completion

THIS ACKNOWLEDGES THAT

Concepcion Malinek

HAS COMPLETED FIRST STEP ACT HOW TO TALK TO YOUR DOCTOR

04/27/2022

DATE

FMC LEXINGTON HEALTH SERVICES STAFF

# Certificate of Completion

To

# Malinek, C.

For

Completion of

Going to Extremes - The Smart Way Class

04/06/2022

_K. Umberger, Recreation Specialist_



# Certificate of Achievement
## awarded to:

# Malinek Concepcion

## Chaplain-led Bible Study
### (February 2022 – May 2022)

5-23-22
Date

T Caldwell
Chaplain



*Living Free*
# community

Anderson Co. Recovery

1111 Industry Rd., P.O. Box 62
Lawrenceburg, KY
502-839-1695

Discovering
God's Path
to Freedom

May 24, 2022

TO: Whom it may concern

FROM: Dionne Fields and Kim Black
Volunteers with Living Free Community Programs (LFCP)
Email: andersoncorecoverypresident@gmail.com

SUBJECT: Letter of Completion

This Letter of Completion acknowledges that Malinek Concepcion #53954424 has successfully completed an eight-week course entitled, AA Step 4 Step Study, at the Federal Medical Center Atwood. We appreciate the dedication and initiative shown by Ms. Concepcion to satisfy all the requirements of the course.

All Living Free courses are faith-based and Christ-centered. They are geared toward helping residents make a successful transition back into community. All courses are designed to provide practical and biblical tools for a resident's understanding of themselves and others. Courses offered under the Living Free Community promotes and encourages residents to focus on their spiritual development and Christian character.

We appreciate the opportunity to provide this letter on behalf of Malinek Concepcion #53954424, Federal Medical Center, Atwood Camp.

*Dionne Fields*

Dionne Fields
Facilitator, Living Free Community Programs

*Kim Black*

Kim Black
Facilitator, Living Free Community Programs

http://www.livingfree.org
http://www.Solutions4Living.org
http://www.andersoncountyrecovery.org

# Certificate of Achievement

## Awarded to:

### Malinek Concepcion

## Completion of the Threshold Program

T. Caldu II
Chaplain

March 22, 2022
Date



*Living Free*
## community

**Anderson Co. Recovery**



Discovering
God's Path
to Freedom

1111 Industry Rd., P.O. Box 62
Lawrenceburg, KY
502-839-1695

March 22, 2022

TO: Whom it may concern

FROM: Dionne Fields and Kim Black
Volunteers with Living Free Community Programs (LFCP)
Email: andersoncorecoverypresident@gmail.com

SUBJECT: Letter of Completion

This Letter of Completion acknowledges that Malinek Concepcion #53954424 has successfully completed the course entitled, Concerned Persons, at the Federal Medical Center Atwood. We appreciate the dedication and initiative shown by Ms. Concepcion to satisfy all the requirements of the course.

All Living Free courses are faith-based and Christ-centered. They are geared toward helping residents make a successful transition back into community. All courses are designed to provide practical and biblical tools for a resident's understanding of themselves and others. Courses offered under the Living Free Community promotes and encourages residents to focus on their spiritual development and Christian character.

We appreciate the opportunity to provide this letter on behalf of Malinek Concepcion #53954424, Federal Medical Center, Atwood Camp.

_Dionne Fields_

Dionne Fields
Facilitator, Living Free Community Programs

_Kim Black_

Kim Black
Facilitator, Living Free Community Programs

http://www.livingfree.org
http://www.Solutions4Living.org
http://www.andersoncountyrecovery.org

This certificate is awarded to:

Concepcion Malinek

For her participation in the

*Beth Moore*

9-week Bible study entitled

*The Patriarchs*

Angie Vittos

Instructor

March 27, 2022

Date

Caldwell

Chaplain

Federal Prison Camp - Atwood  Lexington, KY

# Certificate of Completion

To

# Malinek, C.

For

Completion of
Fueling Up for Fitness Routines

03/13/2022

*K. Umberger, Recreation Specialist*





# Federal Medical Center

Lexington · Kentucky

This Certifies That

## Conception Malinek

Has completed the Course of Study prescribed by the Federal Bureau of Prisons

## WOMEN IN THE 21ST CENTURY WORKPLACE

and is therefore entitled to this

Certificate of Program Completion

Presented at Satellite Prison Camp, Lexington, Kentucky

Ms. Fields, MSW   3/4 2022

Special Populations Program Coordinator



**community**

**Anderson Co. Recovery**

1111 Industry Rd., P.O. Box 62
Lawrenceburg, KY
502-839-1695

Discovering
God's Path
to Freedom

December 28, 2021

TO: Whom it may concern

FROM: Dionne Fields and Kim Black
Volunteers with Living Free Community Programs (LFCP)
Email: andersoncorecoverypresident@gmail.com

SUBJECT: Letter of Completion

This Letter of Completion acknowledges that Malinek Concepcion #53954424 has successfully completed the course entitled, Anger: Our Master or Servant, at the Federal Medical Center – Atwood Camp. We appreciate the dedication and initiative shown by Ms. Concepcion to satisfy all the requirements of the course.

All Living Free courses are faith-based and Christ-centered. They are geared toward helping residents make a successful transition back into community. All courses are designed to provide practical and biblical tools for a resident's understanding of themselves and others. Courses offered under the Living Free Community promotes and encourages residents to focus on their spiritual development and Christian character.

We appreciate the opportunity to provide this letter on behalf of Malinek Concepcion #53954424, Federal Medical Center, Atwood Camp.

_Dionne Fields_
Dionne Fields
Facilitator, Living Free Community Programs

_Kim Black_
Kim Black
Facilitator, Living Free Community Programs

http://www.livingfree.org
http://www.Solutions4Living.org
http://www.andersoncountyrecovery.org

THIS CERTIFIES THAT

# Concepcion Malinek

(53954-424)

has successfully completed

## Trauma In Life,

*(RESOLVE pre-requisite workshop)*

**November 29, 2021**

Dr. Schuster
Resolve Program Coordinator/ Clinical Psychologist
Lexington Federal Medical Center, Atwood Satellite Camp

Ms. Dogan
Resolve Pre-doctoral Intern
Lexington Federal Medical Center, Atwood Satellite Camp

This certificate is awarded to:

Concepcion Malinek

For her participation in the

*Robert Morris*

6-week Bible study entitled

*More Than Words*

Angie Vittos

Instructor

November 28, 2021

Date

Caldwell

Chaplain

Federal Prison Camp - Atwood Lexington, KY

# Certificate of Completion

*To*

# Malinek, C. 424

*For*

## Completion of Crochet Class

**11/16/2021**

B. Vandelune, Recreation Specialist

# Certificate of Achievement

## Participation in a Reflection of the Principles of
### Miracles Bible Class
### Awarded to:

# Concepcion Malinek

## Chapel
### FMC Lexington

11-10-21

*T. Caldwell, Chaplain*

# Federal Medical Center

Lexington  Kentucky

## This Certifies That

# Conception Malinek

Participated in the Career Fair Event and completed both:

**RESUME WRITING & INTERVIEW SKILLS CLINIC**

and is therefore entitled to this

## Certificate of Program Completion

Presented at Satellite Prison Camp, Lexington, Kentucky

Ms. Fields, MSW   10/2021

Special Populations Program Coordinator



*Living Free*
## community

Anderson Co. Recovery

1111 Industry Rd., P.O. Box 62
Lawrenceburg, KY
502-839-1695

Discovering
God's Path
to Freedom

October 19, 2021

TO: Whom it may concern

FROM:  Dionne Fields and Kim Black
Volunteers with Living Free Community Programs (LFCP)
Email: andersoncorecoverypresident@gmail.com

SUBJECT: Letter of Completion

This Letter of Completion acknowledges that Malinek Concepcion #53954424 has successfully completed the course entitled, Insight, at the Federal Medical Center Atwood. I appreciate the dedication and initiative shown by Ms. Concepcion to satisfy all the requirements of the course.

All Living Free courses are faith-based and Christ-centered. They are geared toward helping residents make a successful transition back into community. All courses are designed to provide practical and biblical tools for a resident's understanding of themselves and others.  Courses offered under the Living Free Community promotes and encourages residents to focus on their spiritual development and Christian character.

We appreciate the opportunity to provide this letter on behalf of Malinek Concepcion #53954424, Federal Medical Center, Atwood Camp.

*Dionne Fields*

Dionne Fields
Facilitator, Living Free Community Programs

*Kim Black*

Kim Black
Facilitator, Living Free Community Programs

http://www.livingfree.org
http://www.Solutions4Living.org
http://www.andersoncountyrecovery.org

# Certificate of Completion

To

# Malinek, C.

For

*Completion of Brain Health*

11/01/2021

*K. Umberger, Recreation Specialist*

# Federal Medical Center



Lexington — Kentucky

This Certifies That

## Concepcion Malinek

Has completed the Course of Study prescribed by the Federal Bureau of Prisons

**ASSERT YOURSELF**

and is therefore entitled to this

## Certificate of Program Completion

Presented at Satellite Prison Camp, Lexington, Kentucky

_W.S. Field, MSW_   10/21/2021

Special Populations Program Coordinator

# Federal Medical Center

## Lexington • Kentucky

### This Certifies That

## Concepcion Malinek

Has completed the Course of Study prescribed by the Federal Bureau of Prisons

### ASSERT YOURSELF

and is therefore entitled to this

## Certificate of Program Completion

Presented at Satellite Prison Camp, Lexington, Kentucky

_M. S. Stella, MSW_    10/21/2021

Special Populations Program Coordinator

This certificate is awarded to:

Concepcion Malinek

For her participation in the

*Dwell Conference*

7-week Bible study

Naomi Jury        October 17, 2021        Caldwell

Instructor        Date        Chaplain

Federal Prison Camp - Atwood  Lexington, KY

# Certificate of Completion

To

# Malinek, C.

For

Completion of
Women Rest Based Fitness

10/04/2021

*K. Umberger, Recreation Specialist*

# Certificate of Completion

To

# Malinek, C.

For

Completion of
Card Making Class

09/15/2021

*K. Umberger*

K. Umberger, Recreation Specialist

# Certificate of Achievement
## awarded to:

# Malinek Concepcion

## Battlefield of the Mind Series
### (July 26 – Sept. 13, 2021)

8-31-21
Date

*T Caldwell*
Chaplain

# Federal Medical Center

## Education Department

Lexington     Kentucky



This Certifies That

# Conception Malinek

Has completed the Course of Study prescribed by the Federal Bureau of Prisons

**PHASE 2: TO PARENT OR NOT TO PARENT**

and is therefore entitled to this

## Certificate of Program Completion

Given at SPC Lexington, Kentucky

_____
Coordinator



# Federal Medical Center



Lexington ⬤ Kentucky

### This Certifies That

## Concepción Malinek

Has completed the Course of Study prescribed by the Federal Bureau of Prisons

### UNDERSTANDING YOUR FEELINGS

and is therefore entitled to this

## Certificate of Program Completion

Presented at Satellite Prison Camp, Lexington, Kentucky

_J. Fields, MSW   8/26/2021_

Special Populations Program Coordinator

# Federal Medical Center



Lexington          Kentucky

This Certifies That

## Concepcion Malinek

Has completed the Course of Study prescribed by the Federal Bureau of Prisons

**HEALTHIER ME**

and is therefore entitled to this

## Certificate of Program Completion

Presented at Satellite Prison Camp, Lexington, Kentucky

*N.J. Fields, MSW* 3/30/2022

Special Populations Program Coordinator

# Certificate of Completion

To

# Malinek, C.

For

*Completion of Nutrition Class*

07/14/2021

*K. Umberger, Recreation Specialist*

# Certificate of Water Baptism

"Go therefore and make disciples of all nations, baptizing them in the name of the Father and of the son and of the Holy Spirit, teaching them to observe all things that I have commanded you; and lo, I am with you always, even to the end of the age. Amen." (Matthew 28:19-20, NKJV)

## awarded to:

## Concepcion Malinek

### Chapel
FPC Lexington

Bishop William Morton

_Bishop William Morton_

7-20-2021

Date

Concepcion Malinek
Reg. No. 53954-424
F.M.C. Lexington
Federal Medical center
Satellite Camp
P.O. Box 14525
Lexington, KY 40512

Legal mail

2022 JUN -8 AM 9: 16

53954-424
Elmond E Chang
S Dearborn ST
ago, IL 60604
ted States

06/08/2022-21

7018 1630 0001 9487 3907

CERTIFIED MAIL

Pasley, Andre
28255-509
Black Boots
Set of Greens
Coat
Writ Rest
& April
Mrs Harrison





FEDERAL MEDICAL CENTER
3301 LEESTOWN ROAD
LEXINGTON, KY 40511-8799

DATE: _____

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.