# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

UNITED STATES OF AMERICA
                             Plaintiff,

v.                                          Case No.: 1:19–cr–00277
                                            Honorable Edmond E. Chang

                             Defendant.


# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 4, 2022:

　　　　MINUTE entry before the Honorable Edmond E. Chang: On the Defendant's motion [136] for First Step Act credit, the motion does not set forth a basis for venue to be in this District, rather than in the District in which the Defendant is in custody. Typically, challenges to the calculation of a BOP release date must be made in the venue of custody (and after exhausting administrative remedies). The motion [136] is denied without prejudice to the Defendant refiling the motion with an explanation on proper venue. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.