Clerk of District Court
Federal Court
219 So. Dearborn Street
Chicago, Il 60604

6-27-2022

Re: Concepcion Malinek
No # 19 CR 277 (N.D. Ill)

FILED
JUL 08 2022
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Please forward to Mr. Broughton, Unit Manager, Atwood Federal Medical Center a Certified Satisfaction of Judgment & Release of Judgement Lien reflecting a zero balance.

Case Manager Mr. Williams advising they need something from Court reflecting I am paid in full with Zero balance. Until a document reflecting a zero balance they are still requiring me to pay monthly up to a $100⁰⁰. Any assistance you can provide would greatly be appreciated.

Respectfully,
CM 53954-424

Concepción Malinek
Reg. No. 53454-424
FMC Lexington
Federal Medical Center
Satellite Camp
P.O. Box 14525
Lexington, KY 40512

<>53954-424<>
Clerk Of States District
219 S Dearborn ST
Chicago, IL 60604
United States

LEXINGTON KY 405
28 JUN 2022 PM 3 L

07/06/2022-84