**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3**
**Eastern Division**

UNITED STATES OF AMERICA

Plaintiff,

v.  Case No.: 1:19−cr−00277
Honorable Edmond E. Chang

Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, August 25, 2022:

MINUTE entry before the Honorable Edmond E. Chang as to Concepcion Malinek; On review of the Defendant's letter, R. 138, the government shall respond to the Defendant's assertion that she has paid in full the financial obligations by 09/09/2022. The Defendant may reply by 09/23/2022. The 2255 motion remains under advisement. The tracking status hearing of 08/26/2022 is reset to 10/21/2022 at 8:30 a.m., but to track the case only (no appearance is required, the case will not be called). Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.