UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 19 CR 277 |
| | ) | |
| CONCEPCION MALINEK, | ) | Judge Chang |
| | ) | |
| Defendant. | ) | |

**UNITED STATES' RESPONSE TO
DEFENDANT'S LETTER REGARDING RESTITUTION**

The United States of America, by John R. Lausch, Jr., United States Attorney for the Northern District of Illinois, for its response to defendant Malinek's letter regarding the satisfaction of her restitution judgment, states as follows.

1. Judgment was entered in favor of the United States and against defendant Concepcion Malinek in the amount of $112,645. The restitution judgment was fully satisfied through an agreed turnover of a portion of Malinek's Edward Jones investment accounts. Turnover Order, Dkt. 120.

2. The United States filed a Satisfaction and Release of Judgment and mailed a copy to Malinek at FMC Lexington. *See* Release, Dkt. 133, page 2.

3. Malinek filed her letter regarding the satisfaction of her restitution judgment with the court on June 8, 2022. Letter, Dkt. 138.

4. Malinek's concern regarding the continued payment of her restitution judgment was resolved on August 2, 2022, when the U.S. Attorney's office corresponded with the Bureau of Prisons and provided a copy of the satisfaction and release to her case manager. The case manager reports that the last payment was submitted on June 13, 2022, and Malinek will not be subject to any more payments.

5. Malinek will receive a refund of any funds that were submitted after her restitution judgment was satisfied.

WHEREFORE, the United States requests that this court deny the requested relief because it is moot.

                                                Respectfully submitted,

                                                JOHN R. LAUSCH, Jr.
                                                United States Attorney

                                                By: /s/ Scott D. Heffron
                                                     Scott D. Heffron
                                                     Assistant United States Attorney
                                                     219 South Dearborn Street
                                                     Chicago, Illinois 60604
                                                     312-886-4190
                                                     scott.heffron@usdoj.gov

**Certificate of Service**

The undersigned Assistant United States Attorney hereby certifies that in accordance with Fed. R. Civ. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF), the following document:

**UNITED STATES' RESPONSE TO DEFENDANT'S LETTER REGARDING RESTITUTION**

was served pursuant to the district court's ECF system as to ECF filers, if any, and will be mailed within five business days of this release being filed, to the following non-ECF filers:

Concepcion Malinek 53954-424
FMC Lexington
Federal Medical Center
3301 Leestown Road
Lexington, Kentucky 40511-8799

                                        By: /s/ Scott D. Heffron
                                            Scott D. Heffron
                                            Assistant United States Attorney
                                            219 South Dearborn Street
                                            Chicago, Illinois 60604
                                            312-886-4190
                                            scott.heffron@usdoj.gov