## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.  Case No.: 1:19−cr−00277
Honorable Edmond E. Chang

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 19, 2022:

MINUTE entry before the Honorable Edmond E. Chang as to Concepcion Malinek: Based on the representations of the government in R. 140, and the absence of a reply to it, the Defendant's motion concerning restitution [138] is terminated as moot (restitution has been satisfied, the BOP has been alerted, and the Defendant will receive a refund of the overpayments). The 28 U.S.C. 2255 motion is docketed as 1:22−cv−01941. The compassionate−release motion [126] remains pending. The tracking status hearing of 10/21/2022 is reset to 12/23/2022 at 8:30 a.m., but to track the case only (no appearance is required, the case will not be called). Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.