# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.6.3
### Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.                                           Case No.: 1:19−cr−00277
Honorable Edmond E. Chang

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 20, 2022:

      MINUTE entry before the Honorable Edmond E. Chang as to Concepcion Malinek: The compassionate−release motion [126] remains under advisement. The tracking status hearing of 12/23/2022 is reset to 02/24/2023 at 8:30 a.m., but to track the case only (no appearance is required, the case will not be called). Emailed notice (mw,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.