**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)**
**Eastern Division**

UNITED STATES OF AMERICA

                Plaintiff,

v.                                      Case No.: 1:19–cr–00277
                                                Honorable Edmond E. Chang

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, October 17, 2024:

       MINUTE entry before the Honorable Edmond E. Chang: (1.) In light of the Defendant's commencement of supervised release, the motion [126] for compassionate release is terminated as moot. The status hearing of 10/25/2024 is vacated. (2.) On review of the Probation Office report, R. [156], the Probation Office is authorized to contact the Illinois Department of Child and Family Services to report the incident referred to in the report. The Probation Office shall do so as soon as possible. The Probation Office should conduct another home visit promptly to follow up on the situation. Mailed notice. (jn,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.