**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)**
**Eastern Division**

UNITED STATES OF AMERICA

                      Plaintiff,

v.                                             Case No.: 1:19–cr–00277
                                            Honorable Edmond E. Chang

                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, October 17, 2024:

      MINUTE entry before the Honorable Edmond E. Chang as to Concepcion Malinek: After entering the order at R. [157] (2), the Probation Office emailed the substitute courtroom deputy to convey a request to authorize contacting the local police department on the advice of DCFS. The request is granted and the Probation Office may contact the local police department. Mailed notice. (jn,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.