United States District Court
Northern District of Illinois

United States of America

No: 19 CR 277
Judge Edmond E. Chang

To Hon. Edmond E. Chang United States District Judge Presiding.

Motion 2255

I need a Public Defender to represent me in the court.

FILED
JAN 13 2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Sincerely Malinek Concepcion

Concepcion Malinek
3110 S 53 CT
Cicero IL 60804




US MARSHALS
JAN 10 2025
SCREENED

To my Judge Edmond E. Chang
219 S Dearborn St
Chicago IL 60604



CERTIFIED MAIL

9589 0710 5270 1840 0154 73

60604-188628

PRESORTED
FCM LETTER
CICERO, IL 60804
JAN 07, 2025
$8.95
60604
RDC 99
S2324M505052-24